# Musselshell County District Court
## Case Register Report
### DV-33-2016-0000043-NE
### SIGNAL PEAK ENERGY, LLC vs. Generon IGS, Inc., et al.

| | |
|---|---|
| Filed: | 8/15/2016 |
| Subtype: | Negligence |

## Status History

Open　　　　　　　　　　　　　　　8/15/2016

## Plaintiffs

Pl. no. 1　　SIGNAL PEAK ENERGY, LLC,

## Defendants

Def. no. 1　　Generon IGS, Inc.,

### Attorneys

Sweeney, Christopher T　　　　(Primary attorney)　　Send Notices

Def. no. 2　　Sullair, LLC,

Def. no. 3　　Power Service, Inc.,

Def. no. 4　　JOHN DOES 1-10

## Judge History

| Date | Judge | Reason for Removal |
|---|---|---|
| 8/15/2016 | Spaulding, Randal I. | Current |

## Register of Actions

| Doc. Seq. | Entered | Filed | Text | Judge |
|---|---|---|---|---|
| 1.000 | 08/15/2016 | 08/15/2016 | Complaint and Demand for Trial by Jury | Spaulding, Randal I. |
| 2.000 | 08/15/2016 | 08/15/2016 | Summons: Issued (Generon IGS) | Spaulding, Randal I. |
| 3.000 | 08/15/2016 | 08/15/2016 | Summons: Issued (Sullair, LLC) | Spaulding, Randal I. |
| 4.000 | 08/15/2016 | 08/15/2016 | Summons:Issued (Power Service, inc.) | Spaulding, Randal I. |
| 5.000 | 05/15/2017 | 05/15/2017 | Defendant Generon IGS, Inc's Answer, Crossclaims, and Demand For Jury Trial | Spaulding, Randal I. |
| 6.000 | 05/23/2017 | 05/23/2017 | Notice of Filing of Notice of Removal to Federal Court | Spaulding, Randal I. |