

**FILED**

**OCT 2 2 2018**

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GENERON IGS, INC.; SULLAIR, LLC; POWER SERVICE, INC.; JOHN DOES 1-10,<br><br>Defendant. | Case No. CV-17-66-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

__X__  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

JUDGMENT IS ENTERED IN ACCORDANCE TO THE COURT'S ORDER FILED AS DOCUMENT (E.C.F) 38.

Dated this 22nd day of October, 2018.

TYLER P. GILMAN, CLERK

By: /s/ E.Hamnes
E.Hamnes , Deputy Clerk