# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| SIGNAL PEAK, <br><br> Plaintiff, <br><br> vs. <br><br> GENERON IGS, INC. et al., <br><br> Defendants. | CV 17-66-BLG-SPW-TJC <br><br> **ORDER** |

Defendant Power Service, Inc. has filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 42.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED.

Defendant's counsel, William V. Ballew, may appear by telephone at the December 18, 2018 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 30th day of November, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge