IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GENERON IGS, INC. et al., <br><br> Defendants. | CV 17-66-BLG-SPW-TJC <br><br> **ORDER** |

Plaintiff Signal Peak Energy, LLC has filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 44.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED.

Plaintiff's counsel, Robert J. Slavik and Glenn W. Matter, may appear by telephone at the December 18, 2018 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 4th day of November, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge