FILED
1/15/2020
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GENERON IGS, INC., et al., <br><br> Defendants. | CV 17-66-BLG-SPW-TJC <br><br> **ORDER** |

Plaintiff moves for the admission of Melinda A. Davis to practice before this Court in this case with Glenn W. Mattar to act as local counsel. Ms. Davis' application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Melinda A. Davis pro hac vice is GRANTED on the condition that Ms. Davis shall do her own work. This means that Ms. Davis must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Davis may move for the admission pro hac vice of one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Davis.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Davis, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 15th day of January, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge