IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GENERON IGS, INC.; POWER SERVICE, INC. and JOHN DOES 1-10,<br><br>Defendants. | Case No. 1:17-cv-00066-BLG-SPW-TJC<br><br>**ORDER OF DISMISSAL** |

Upon the parties' Stipulation of Dismissal (Doc. 70), by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled cause is **DISMISSED** with prejudice and without an award of costs or fees to any party.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 27th day of October, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1